MARVIN C. GOLD ET AL. *v.* SOMERSET CONSTRUCTION
COMPANY ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in New Haven County is denied.

*Warren W. Eginton,* for the appellees (defendants).

*Richard W. Tomc,* for the appellants (plaintiffs).

Argued January 6—decided January 6, 1976

JOAN C. CLELAND *v.* FRANK T. CLELAND

Owing to the death of the trial judge, the plaintiff's motion to dismiss the appeal from the Superior Court in New London County is denied without prejudice.

*Peter F. Stuart,* for the appellee (plaintiff).

*James W. Sherman,* for the appellant (defendant).

Argued January 6—decided January 6, 1976

KECKO PIPING COMPANY, INC. *v.* TOWN OF
MONROE ET AL.

The defendants' motion to dismiss the appeal from the Superior Court in Fairfield County is granted unless, within two weeks, the plaintiff files a corrected draft finding including references to page or pages of the relevant transcript.

*James E. Rice,* for the appellees (defendants).

*Raphael Korff,* for the appellant (plaintiff).

Argued January 6—decided January 6, 1976